IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JAMES C. BROWN,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )          CV 326-007
                                         )
SUPERIOR COURT OF JOHNSON                )
COUNTY and JUDGE DONALD GILLIS,          )
                                         )
            Defendants.                  )

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 14.) Nothing in Plaintiff's objections alters the Magistrate Judge's conclusion that Plaintiff fails to state a federal claim upon which relief may be granted. In addition to objections, Plaintiff submitted a filing titled, "Amended Claim," in which he purports to now bring a class action on behalf of "Black Plaintiffs, especially sex offenders" based on Defendants' alleged practice of discrimination. (Doc. no. 15.)

However, this filing is procedurally improper because a plaintiff may not amend a complaint in a piecemeal manner by submitting separate filings which purport to add or change only certain portions of a prior pleading. See Holland v. Burnette, CV 308-090, 2009 WL 1579507, at *1 (S.D. Ga. June 3, 2009). Moreover, this amendment is futile because Plaintiff may not bring a class action *pro se* on behalf of other inmates. Wallace v. Smith, 145 F. App'x

300, 302 (11th Cir. 2005) (*per curiam*) ("[I]t is plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action." (quoting Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975))).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a federal claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this _20th_ day of April, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2